**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

JESSE BERRY,

                Plaintiff,

              -v-                                 9:25-CV-57 (DNH/ML)

SERGEANT NERNEY _et al._,

                Defendants.

_____

**Hon. David N. Hurd, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On January 13, 2025, _pro se_ plaintiff Jesse Berry ("plaintiff") filed this 42 U.S.C. § 1983 action alleging that defendants violated his civil rights while he was confined at the Schenectady County Jail.  Dkt. No. 1.  Along with his complaint, plaintiff moved for leave to proceed _in forma pauperis_ ("IFP Application").  Dkt. Nos. 2, 3, 5.

On February 19, 2025, this Court granted plaintiff's IFP Application and, after conducting an initial review of the pleading, ordered defendants Nerney, Pannitto, Jeremy Kent, and John Kent to respond to plaintiff's § 1983 excessive force and failure-to-intervene claims.  Dkt. No. 7.

Those defendants answered the complaint.  Dkt. No. 18.  But plaintiff soon became un-reachable at his given mailing address.  Dkt. No. 24.  U.S. Magistrate Judge Miroslav Lovric issued two orders warning plaintiff that his failure to update his mailing address might result in sanctions, up to and including dismissal of this action.  Dkt. Nos. 25, 27.  Those mailings were returned to the Court as undeliverable.  Dkt. Nos. 26, 30.

Thereafter, defendants sought, Dkt. No. 31, and then received, Dkt. No. 32, permission to file a motion to dismiss based on plaintiff's failure to prosecute this action and failure to comply

- 1 -

with court orders, Dkt. No. 33. Judge Lovric made another attempt to warn plaintiff of his obligations, including his obligation to keep his mailing address current, and to caution him that his case might be dismissed. Dkt. No. 35. But that order from Judge Lovric, just like other mailings to plaintiff's last known address on file, was returned as undeliverable. Dkt. Nos. 34, 36, 37.

On May 15, 2026, Judge Lovric advised by Report & Recommendation ("R&R") that defendants' motion to dismiss be granted. Dkt. No. 38. Neither party has lodged objections, and the time period in which to do so has expired. *See id*. As before, the copy of the R&R that the Court has mailed to plaintiff at his last known address on file has been returned as undeliverable. Dkt. No. 39.

Upon review for clear error, the R&R is accepted and will be adopted. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 38) is ACCEPTED;

2. Defendants' motion to dismiss (Dkt. No. 33) is GRANTED; and

3. Plaintiff's complaint (Dkt. No. 1) is DISMISSED.

The Clerk of the Court is directed to terminate the pending motions, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated: June 9, 2026
    Utica, New York.

David N. Hurd
U.S. District Judge